UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMON LARIOS,  )<br>　　　　Plaintiff,  )<br>　　v.  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of Social Security,  )<br>　　　　Defendant.  ) | No. CV 07-5945 FFM<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: March 2, 2009　　　　　　　　　　　　/S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge